IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PITTSBURGH GLASS WORKS, LLC,<br>a Delaware limited liability corporation<br>30 Isabella Street, Suite 500<br>Pittsburgh, PA 15212<br><br>*Plaintiff,*<br><br>v.<br><br>INFOR (US), INC.,<br>a New York corporation<br>641 Avenue of the Americas<br>New York, NY 10011<br><br>*Defendant.* | Civil Action No. 2:17-1085<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Plaintiff, Pittsburgh Glass Works, LLC, by and through its undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-captioned action and any and all claims asserted therein, with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

COHEN & GRIGSBY, P.C.

By: /s/ Morgan J. Hanson
    Morgan J. Hanson (Pa. Id. 88777)
    Christina Manfredi McKinley (Pa. Id. 320002)

625 Liberty Avenue
Pittsburgh, PA 15222
Phone: (412) 297-4900
Fax: (412) 209-0672

*Counsel for Plaintiff,*
*Pittsburgh Glass Works, LLC*

September 25, 2017
2633371.v1

SO ORDERED on this __26th__ day of September, 2017

Hon. Arthur J. Schwab
United States District Judge

-2-